IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JARED MAIRS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSUP, LLC and ALLSUP EMPLOYMENT SERVICES, LLC,<br><br>Defendants. | Case No. 3:19-CV-01086-SPM |

## JUDGMENT IN A CIVIL ACTION

DECISION BY THE COURT.

**IT IS ORDERED AND ADJUDGED** that pursuant to the joint Stipulation of Dismissal dated January 25, 2021 (Doc. 50), Plaintiff Jared Mairs' individual claims against Defendants Allsup, LLC and Allsup Employment Services, LLC are **DISMISSED with prejudice** and the putative class claims are **DISMISSED without prejudice**.

DATED:   January 28, 2021.

                                      MARGARET M. ROBERTIE,
                                      **Clerk of Court**

                                      By:  *s/ Jackie Muckensturm*
                                               **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**